No. 86–5797. HARDY v. MINNESOTA LAWYERS PROFESSIONAL RESPONSIBILITY BOARD ET AL. Sup. Ct. Minn. Certiorari denied.

No. 86–5798. BAZILE v. BLACKBURN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–5803. DANIELS v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 86–5804. WILLIAMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–5805. MCMANNIS v. HEDRICK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 86–5806. ANDREWS v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 86–5813. CRENSHAW v. CITY OF TOLEDO ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 86–5816. JAMES v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 86–5818. MINOR v. BUREAU OF SOCIAL SERVICES OF HENNEPIN COUNTY, MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 86–5820. DUNDORE ET UX. v. O'DONNELL ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–5821. WARD v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 86–5822. RUSSELL v. NORTHWESTERN MUTUAL INSURANCE CO. Ct. App. Wis. Certiorari denied.

No. 86–5823. DAVIS v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 86–5826. GRAY v. HOLLAND, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 86–5830. GENTSCH v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.